Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

EMILIA CHAVEZ RODRIGUEZ

CASE NO: 10-70120-HDH-13
HEARING DATE:  12/18/2013
HEARING TIME:   10:00am

## TRUSTEE'S MOTION TO DISMISS

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Debtor has failed to provide the following tax information to the Trustee:

2012 Tax Return per Order Compelling filed October 21, 2013.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 12/18/2013 AT 10:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 8:30am  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

EMILIA CHAVEZ RODRIGUEZ 1702 TURNER ST  VERNON TX 76384

ASCENSION CAPITAL GROUP PO BOX 201347  ARLINGTON TX 76006

MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680

GIBSON DAVENPORT ANDERSON 807 8TH STREET  8TH FLOOR  WICHITA FALLS TX 76301

Date:     11/5/2013                                                        /s/ Walter O'Cheskey
                                                                           _____
                                                                           Walter O'Cheskey
                                                                           Chapter 13 Trustee